# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-11-722 |
| | § |
| ABRAHAM MOSES FISCH | § |
| MONICA BERTMAN | § |

# O R D E R

The government filed a motion to certify case as complex and a motion for a continuance, (Docket Entry No. 38). The motion to certify is granted. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 30, 2012 |
| Responses are to be filed by: | May 14, 2012 |
| Pretrial conference is reset to**:** | **May 21, 2012 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 29, 2012 at 9:00 a.m.** |

SIGNED on November 23, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge