**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-11-722 |
| ABRAHAM MOSES FISCH<br>MONICA BERTMAN | § § | |

**O R D E R**

Defendant Abraham Fisch filed a joint motion for a continuance, (Docket Entry No. 61). The court held a hearing on this motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | June 3, 2013 |
| Responses are to be filed by: | June 17, 2013 |
| Pretrial conference is reset to**:** | **June 25, 2013 at 8:30 a.m.** |
| Final Pretrial Conference is set for: | **August 5, 2013 at 8:30 a.m.** |
| Jury trial and selection are reset to: | **August 6, 2013 at 9:00 a.m.** |

No further continuances will be granted.

SIGNED on February 12, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge