**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-722 |
| | § | |
| | § | |
| ABRAHAM MOSES FISCH | § | |
| MONICA BERTMAN | § | |

**O R D E R**

Counsel for Defendant Abraham Fisch  filed an unopposed motion to withdraw as counsel, (Docket Entry No. 74). The court held a hearing on this motion. The motion is granted. New counsel must file a notice of appearance by **June 17, 2013.**  The government and counsel agree that more time is needed to prepare for trial with the addition of new counsel and made an oral motion for a continuance.  The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 6, 2013 |
| Responses are to be filed by: | December 20, 2013 |
| Status Conference is set for: | **August 2, 2013 at 11:00 a.m.** |
| Pretrial conference is reset to**:** | **October 24, 2013 at 10:00 a.m.** |
| Final Pretrial Conference is set for: | **January 3, 2014 at 9:00 a.m.** |
| Jury trial and selection are reset to: | **January 6, 2014 at 9:00 a.m.** |

SIGNED on May 29, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge